UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>          Plaintiffs,<br>          v.<br>CELESTE MENDEZ,<br>          Defendant. | Case No.: 2:07-CV-07780-GAF(SHx)<br><br>Honorable Gary A. Feess<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

      Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

      1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven (7) sound recordings listed in Exhibit A to Plaintiffs' First Amended Complaint. Accordingly, having been adjudged to be in default, Defendant Celeste Mendez ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs'

1

#10324 v1

copyrights in the sound recordings listed in Exhibit A to the First Amended Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Case Of The Ex," on album "Fear Of Flying," by artist "Mya" (SR# 279-309);
- "Summer Girls," on album "LFO," by artist "LFO" (SR# 306-981);
- "What's Your Fantasy," on album "What's Your Fantasy (single)," by artist "Ludacris" (SR# 291-558);
- "Mr. Jones," on album "August and Everything After," by artist "Counting Crows" (SR# 172-267);
- "We Can Get Down," on album "Midnight Marauders," by artist "A Tribe Called Quest" (SR# 185-359);
- "Walk Away," on album "Breakaway," by artist "Kelly Clarkson" (SR# 352-147);
- "Outta Control," on album "The Massacre," by artist "50 Cent" (SR# 366-051);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant

#10324 v1

1  shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded
2  onto any computer hard drive or server without Plaintiffs' authorization and shall
3  destroy all copies of those downloaded recordings transferred onto any physical
4  medium or device in Defendant's possession, custody, or control.

6  Dated:    August 14, 2008          By:    _____
7                                              Honorable Gary A. Feess
                                                United States District Judge

3

#10324 v1